JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 596    In re Spanish International Communications Corporation
Antitrust Litigation

| DATE | REF. | PLEADING DESCRIPTION |
|---|---|---|
| 84/04/17 | 1 | MOTION,BRIEF,SCHEDULE,EXHIBITS AND CERT. OF SVC. -- Spanish International Communications Corp., SIN, Inc., Bahia de San Francisco Television Co. and The Seven Hills Television Co. SUGGESTED TRANSFEREE DISTRICT: N.D. Texas; SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 84/04/27 | | APPEARANCES -- MARK L. AUSTRIAN, ESQ. for Edward L. Gomez, The Albuquerque Corp., Bravo Broadcasting Co., Inc. and Rio Broadcasting Co., Inc.; JOSEPH D. TYDINGS, ESQ. for Command Broadcas Assoc., Inc.; WA:D. JARLRADER & ROSS for Susquehanna Broadcasting Co. and Radio de Miami, Inc.;LOWELL E. ROTHSCHILD, ESQ. for Ernesto Portillo d/b/a RFC Partners; RICHARD J. BODORFF, ESQ. for Radio Keet, Inc., D&E Broadcasting Co., Inc. and Manum Davica; JAMES A TREANOR, III, ESQ. for Eduardo Caballero, Caballero Spanish Media, Inc., Santa Barbara Broadcasting, Inc., Caballero Spanish Radio, Inc., Edward Romero and Latino Broadcasting Corp.; stan mcmurry, esq. for Nathan Safir, Ticheno Media System, Inc., Kuno Radio, Inc. and Harbenito Radio Corp. MICHAEL J. MALONEY, ESQ. for Fernando Oaxaca; GEORGE J. COOPER, III, ESQ. for David Jack and Tamarack Communications, Inc.; THOMAS J. WILLIAMS, ESQ. for Marcos Rodriguez and Latin American Broadcasting Co.; JAMES A. GAMMON,A ESQ. for Julio Lieberman and K-Love Radio·Broadcasting, Inc.; RICHARD MCMILLAN, JR., ESQ. for John Frankhouser, Thrash Broadcasting Co., Inc. and El Paso County Broadcasting Co., Inc.; EDWARD P. HENNEBERRY, ESQ. for Matthew L. Leibowitz; DANIEL M. REDMOND, ESQ. for John Soder; BRUCE M. CHADWICK, ESQ. for Spanish Radio Broadcasters of America, Inc.; DANIEL R. SHULMAN, ESQ. for Spanish International Communications Corp., Sin, Inc., Bahia de San Francisco Television Co. and The Seven Hills Television Co. (ds) |
| 84/04/30 | | APPEARANCE -- Mauricio Mendez, Pro Se. (rew) |
| 84/05/02 | 2 | RESPONSE -- Marcos Rodriguez of Latin American Broadcasting Co. w/cert. of svc. (ds) |
| 84/05/03 | 3 | RESPONSE -- Susquehanna Broadcasting Co. and Radio De Miami, Inc. w/cert. of svc. (ds) |
| 84/05/03 | 4 | RESPONSE -- John Frankhouser, Thrash Broadcasting Co., Inc. and El Paso County Broadcasting Co., Inc. w/cert. of svc. (ds) |



JPML FORM 1A                                                              2.

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 596 -- In re Spanish International Communications Corporation
Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| ~~84/05/03~~ | ~~5~~ | ~~RESPONSE --- Matthew L. Leibowitz w/cert. of svc. (ds)~~ |
| 84/05/03 | 5 | RESPONSE -- Matthew L. Leibowitz w/cert. of svc.  (ds) |
| 84/05/03 | 6 | RESPONSE -- Julio Lieberman and K-Love Radio Broadcasting, Inc. w/cert. of svc.  (ds) |
| 84/05/03 | 7 | RESPONSE -- Spanish Radio Broadcasters of America, Inc. w/exhibit 1 and cert. of svc.  (ds) |
| 84/05/03 | 8 | RESPONSE/BRIEF -- Ed Hopple and KMAP, Inc. w/cert. of svc. (ds) |
| 84/05/03 | 9 | RESPONSE -- defts. Sonderling Radio Corp. and Sidney Schneider w/cert. of svc.  (ds) |
| 84/05/08 |  | APPEARANCES -- HARRY B. SWERDLOW, ESQ. for Donderling Radio Corp. and Sidney Schneider; OLIVER W. WANGER, ESQ. for KMAP, Inc. and Ed Hopple;                    (ds) |
| 84/05/08 |  | APPEARANCE -- LYMAN G. HUGHES, ESQ. for Herbert M. Levin (ds) |
| 84/05/09 |  | APPEARARANCE:  BARRY A. MURPHY, ESQ. for Rene De La Rosa, and Oro Spanish Broadcasting Inc.; CHAS. A. HASKELL, ESQ. for KAPI, INC.  (cds) |
| 84/05/11 | 10 | REPLY -- Spanish International Communications Corp., SIN, Inc., Bahia de San Francisco Television Co. and the Seven Hills Television Co. -- w/cert. of service  (cds) |
| 84/05/21 |  | AMENDED SCHEDULE OF ACTIONS (attached to pldg. 1) -- Spanish International Communications Corp., SIN, Inc., Bahia de San Francisco Television Co. and The Seven Hills Television Co. -- w/cert. of service  (cds) |
| 84/06/04 | 11 | SUPPLEMENTAL RESPONSE -- Deft. Matthew L. Leibowitz -- w/exhibits and cert. of svc. (emh) |
| 84/06/12 |  | APPEARANCE -- EVELYN R. LEOPOLD, ESQUIRE for Marcello H. Tafoya, La Fiesta Broadcasting Co., Inc. and Tafoya Broadcasting Co., Inc.  (ds) |
| 84/06/13 | 12 | NOTICE OF DISMISSAL -- signed by Judge Pfaelzer -- dated 5/31/84 (Spanish Int'l Communications Corp., et al. v. Julio Lieberman, et al., C.D. Calif., C.A. No. CV84-1747 MRP) w/svc.  (ds) |
| ~~84/06/25~~ |  | ~~HEARING ORDER -- Setting motion to transfer A-1 thru A-13 for Panel~~ emh |

596      In re Spanish International Communications Corporation
         Antitrust Litigation


84/06/25      HEARING ORDER -- Setting motion to transfer A-1 thru A-13
                  for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh)

84/07/16   13   STATUS REPORT OF RECENT DEVELOPMENTS -- pltfs. Spanish Int'l
                Communications Corp., et al. w/cert. of svc. (ds)

84/07/17   14   REQUEST TO RETAIN JURISDICTION IN DISTRICT OF OREGON FOR
                PURPOSE OF PENDING SUMMARY JUDGMENT PROCEEDING -- filed by
                defendants David Jack and Tamarack Communications, Inc.
                w/cert. of svc. (ds)

84/07/23      HEARING APPEARANCES:  DANIEL R. SHULMAN, ESQ. for Spanish Int'l Comm.
                  Corp., SIN, Inc., Bahia de San Francisco Television Co., Inc.,
                  and The Seven Hills Television Co., EDWARD P. HENNEBERRY, ESQ.
                  for Matthew L. Leibowitz, BRUCE M. CHADWICK, ESQ. for Spanish
                  Radio Broadcasters of America, Inc., OLIVER W. WANGER, ESQ.
                  for KMAP, Inc. and Edward Hopple
              WAIVERS OF ORAL ARGUMENT:  Sidney Schneider and Sonderling Radio
                  Corporation; Susquehanna Broadcasting Company Radio De Miami,
                  Inc.; Edward L. Gomez; The Albuquerque Corp.; Bravo Broadcasting
                  Co., Inc.; Command Broadcast Associates, Inc.; Herbert Levin;
                  Marcos Rodriguez, Latin American Broadcasting Co.; John
                  Frankhouser; El Paso County Broadcasting Co., Inc., Thrash
                  Broadcasting Co., Inc.; RICHARD J. BODORFF, ESQ. for Radio
                  KCCT, Inc.; D & E Broadcasting Co.,; Manuel Davila, Sr.;
                  David Jack; Tamarack Communications, Inc.; Rene De La Rosa;
                  Oro Spanish Broadcasting; Fernando Oaxaca; Nathan Safir;
                  Tichenor Media System, Inc.; Kuno Radio, Inc.; Harbenito Radio
                  Corp.; John Sonder (rh)

84/07/24   15   NOTICE OF DISMISSAL -- dismissing A-5 Spanish International
                Communications Corp., et al. v. John Sonder, E.D. Calif.,
                C.A. No. CV-F-84-138 -- filed 6/19/84 -- filed by deft. John
                Sonder w/svc. (ds)

84/07/26   16   (SECOND) SUPPLEMENTAL RESPONSE -- Deft. Matthew L. Liebowitz
                -- w/cert. of svc. (emh)

84/08/14      CONSENT OF TRANSFEREE COURT for assignment of litigation to
              the Honorable David O. Belew, Jr. in N.D. Texas pursuant to
              28 U.S.C. §1407. (emh)

84/08/14      TRANSFER ORDER -- transferring litigation (A-1,3,4,6,&13) to
              the N.D. Texas pursuant to 28 U.S.C. §1407 -- NOTIFIED
              involved clerks, judges, counsel, recipients and hearing clk.
              (emh)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 596 -- In re Spanish International Communications Corporation
                   Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/11/16 | 17 | COPY OF ORDER OF DISMISSAL (from D.Oregon) -- A-10 Spanish Intn'l Communications Corp., et al. v. David Jack, et al., D.Oregon, #84-288 -- signed by clerk of court, w/copies of docket entries  (cds) |
| 84/11/16 |  | ORDER DENYING TRANSFER (moot) -- A-10 Spanish International Communications Corp., et al., D.Oregon, C.A. No. 84-288 -- NOTIFIED INVOLVED JUDGE, CLERKS AND COUNSEL  (cds) |
| 84/11/28 | 18 | MOTION FOR TRANSFER OF TAG-ALONG ACTION -- B-14 Spanish International Communications Corp., et al. v. Fouce Amusement Enterprises, Inc., et al., C.D. California, C.A. No. CV-84-1749 MRP (Gx) -- filed by plts. Spanish International Communications Corp. w/cert. of svc.  (ds) |
| 84/12/12 | 19 | RESPONSE -- Fouce Amusement Enterprises, Inc., Frank L. Fouce and Metropolitan Theatres Corporation w/Exhibits A thru C and cert. of svc.  (ds) |
| 84/12/14 |  | HEARING ORDER -- Setting motion for transfer of B-14 for Panel Hearing in New Orleans, Louisiana on January 24, 1985 (rh) |
| 85/01/10 | 20 | LETTER -- (to pldg # 19) filed by defts. Fouce Amusement Enterprises, Inc., Frank L. Fouce and Metropolitan Theatres Corporation. (rh) |
| 85/01/22 |  | HEARING APPEARANCES:  DANIEL R. SHULMAN, ESQ. for Spanish International Comm. Corp, et al.; FREDERICK H. STERN, ESQ. FOR Fouce Amusement Enterprises, Inc., Frank L. Fouce, Metropolitan Theatres Corp. (cds) |
| 85/01/22 |  | WAIVERS OF ORAL ARGUMENT:  Latin American Broadcasting Co. and Marcos Rodriguez;  Oro Spanish Broadcasting, Rene De La Rosa; Susquehanna Broadcasting Co. and Radio de Miami, Inc.; Radio KCCT, Inc.; Command Broadcast Associates, Inc.; Eduardo Caballero, et al.; Matthew L. Leibowitz; John Frankhouser, Thrash Broadcasting Co., Inc. and El Paso County Broadcasting Co., Inc.; Spanish Radio Broadcasters of America, Inc.; Edward Hopple and KMAP, Inc.; Tichenor Media System, Inc., Harbenito Radio Corp., KUNO Radio, Inc. and Nathan Safir; Herbert Levin; Fernando Oaxaca; Albuquerque Corp., Bravo Broadcasting Co., Inc., Edward L. Gomez and Rio Broadcasting Co., Inc.; Mauricio Mendez  (cds) |

JPML FORM iA

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 596 -- In re Spanish International Communications Corporation
Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/02/05 | | TRANSFER ORDER -- transferring B-14 Spanish International Communications Corp., et al. v. Fouce Amusement Enterprises, Inc., et al., C.D. California,  C.A. No. CV-84-1749-MRP(Gx) to the N.D. of Texas for pretrial proceedings pursuant to 28 U.S.C. §1407.  Notified involved clerk, judges, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 596 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Spanish International Communications Corporation Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 7/26/84 | 8/14/84 | TO | Unpublished | N.D. Texas  *539* | David O. Belew, Jr. | |

Special Transferee Information

DATE CLOSED: *Closed 8/18/87*

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Honorable David O. Belew, Jr.
Northern District of Texas

DOCKET NO. 596 -- In re Spanish International Communications Corporation Antitrust Litigaiton

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Spanish International Communications Corp., et al. v. Mauricio Mendez | D.Arizona Muecke | 84-424-PHX (CAM) | 8/14/84 | 84-348 | 8/18/87 | |
| A-2 | Spanish International Communications Corp., et al. v. Julio Lieberman, et al. | C.D.Cal. Rafeedie | CV84-1747 LF | | DO NOT COUNT | 8/31/84 | |
| A-3 | Spanish International Communications Corp., et al. v. Fernando Oaxaca | C.D.Cal. Tashima Pfaelzer | CV84-1748 MRP | 8/14/84 | 84-349 | 3/19/85 | |
| A-4 | Spanish International Communications Corp., et al. v. Ed Hopple, et al. | E.D.Cal. Price | CV-F-84-137 EDP | 8/14/84 | 84-350 | 12/19/85 | |
| A-5 | Spanish International Communications Corp., et al. v. John Sonder | E.D.Cal. Price | CV-F-84-138 EDP | | DO NOT COUNT | 8/9/84 | |
| A-6 | Spanish International Communications Corp., et al. v. Rene DeLaRoas, et al | N.D.Cal. Aguilar | C84-1198-RPA | 8/14/84 | 84-351 | 8/25/85 | |
| A-7 | Spanish International Communications Corp., et al. v. Matthew L. Leibowitz | S.D.Fla. Aronovitz | 84-0655-CIV-SMA | | | | |
| A-8 | Spanish Internationa Communications Corp., et al. v. Sidney Schneider, et al. | N.D.Ill. McMiller | 84-C-2188 | | DO NOT COUNT | | |
| A-9 | Spanish International Communications Corp., et al. v. Mel Karmazin, et al. | S.D.N.Y. Duffy | 84-CIV-1859 | | DO NOT COUNT | 8/14/84 | |
| A-10 | Spanish International Communications Corp., et al. v. David Jack, et al. | D.Oregon Wilde | CV-84-288 | | DO NOT COUNT | 9/2/84 | Panel's Dec. Order 11/16/84 |
| A-11 | Spanish International Communications Corp., et al. v. Spanish Radio Broadcasters of America, Inc., et al. | N.D.Tex. Hill | 3-83-1262 D | N/TN | 84-352 | 8/8/84 | |

JPML FORM 1 -- Continuation ⊕                    Listing of Involved Actions -- p. 2

DOCKET NO. 596   -- In re Spanish International Communications Corporation Antitrust Litigaiton

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-12 | Spanish International Communications Corp., et al. v. Marcos Rodriguez, et al. | N.D.Tex. ~~Hill~~ Belew | 4-84-84-K | N/TN | | 10/1/85 D | |
| ✓ A-13 | Spanish International Communications Corp., et al. v. John Frankhouser, et al. | N.D.Tex CA3-84-0613 H W.D.Tex ~~Hudsteth~~ Sanders | EP-84-CA-82 | 8/14/84 | | 11/15/84 D | |
| B-14 | Spanish International Communications Corp., et al. v. Fouce Amusement Enterprises, Inc., et al. | C.D.Cal. Phaelzer | CV-84-1749 MRP (Gx) | 2-5-85 | 4-85-104K | 8/18/87 D ✓ | |

July 1985 - 6 Tr; 2 X42; 2 Dis; 6 Pdg
July 1985 - 1 Dis/5 Pdg
July 1987 - Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 596 -- In re Spanish International Communications Corporation

Antitrust Litigation

| | |
|---|---|
| SPANISH INTERNATIONAL COMMUNICATIONS CORP. (A-1 thru A-13<br>Daniel R. Shulman, Esquire<br>Gray, Plant, Mooty, Mooty & Bennett<br>3400 City Center<br>33 South Sixth Street<br>Minneapolis, Minnesota 55402<br><br>SPANISH RADIO BROADCASTERS OF AMERICA, INC.<br>Bruce M. Chadwick, Esquire<br>Arnold & Porter<br>1200 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br><br><br><br>MATTHEW L. LEIBOWITZ<br>Edward P. Henneberry, Esquire<br>Howrey & Simon<br>1730 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br><br>JOHN FRANKHOUSER<br>THRASH BROADCASTING CO., INC.<br>EL PASO COUNTY BROADCASTING CO., INC.<br>Richard McMillan, Jr., Esquire<br>Crowell & Moring<br>1100 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 | MARCOS RODRIGUEZ<br>LATIN AMERICAN BROADCASTING CO.<br>Thomas J. Williams, Esquire<br>Bishop, Payne, Lamsens & Brown<br>1800 InterFirst Bank Building<br>Fort Worth, Texas 76102<br><br>DAVID JACK<br>TAMARACK COMMUNICATIONS, INC.<br>George J. Cooper, III, Esquire<br>Dunn, Carney, Allen,<br> Higgins & Tongue<br>851 SW 6th, Suite 1500<br>Portland, Oregon 97204<br><br>FERNANDO OAXACA<br>Michael J. Maloney, Esquire<br>Whitman & Ransom<br>444 S. Flower Street<br>No. 2300<br>Los Angeles, California 90071<br><br>NATHAN SAFIR<br>TICHENOR MEDIA SYSTEM, INC.<br>KUNO RADIO, INC.<br>HARBENITO RADIO, CORP.<br>Stan McMorry, Esquire<br>4200 Republic Bank Tower<br>Dallas, Texas 75201<br><br>EDUARDO CABALLERO<br>CABALLERO SPANISH MEDIA, INC.<br>SANTA BARBARA BROADCASTING, INC.<br>CABALLERO SPANISH RADIO, INC.<br>EDWARD ROMERO<br>LATINO BROADCASTING CORP.<br>James A. Treanor, III, Esquire<br>Dow, Lohnes & Albertson<br>1255 23rd Street, N.W.<br>Washington, D.C. 20037 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____ 2

DOCKET NO. __596__  -- _____

---

RADIO KEET, INC.
D&E BROADCASTING CO., INC.
MANUM DAVICA
Richard J. Bodorff, Esquire
Suite 734
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

SUSQUEHANNA BROADCASTING CO.
RADIO DE MIAMI, INC.
Wald, Harkrader & Ross
1101 San Jacinto Tower
2121 San Jacinto Street
Dallas, Texas 75201
Att:  Robert M. Cohan, Esq.
COMMAND BROADCAST ASSOCIATES, INC.
Joseph D. Tydings, Esquire
Finley, Kumble, Wagner, Heine,
 Underberg, Manley & Casey
1120 Connecticut Avenue, N.W.
Washington, D.C. 20036

MR. MAURICIO MENDEZ
6861 N. Deone Lane
Tucson, AZ  85704

ED HOPPLE
KMAP, INC.
Mr. Wanger, Esquire
McCormick, Barstow, Sheppard
 Wayte & Carruth
Box 24013
1331 Fulton Mall
Fresno, California 93779

RENE DELAROSA
ORO SPANISH BROADCASTING INC.
Barry Murphy, Esquire
Murphy Law Corporation
28 Fern Lane
San Anselmo, California 94960

---

SIDNEY SCHNEIDER
SONDERLING RADIO CORP.
Harry Swerdlow, Esquire
Swedlow, Malley, Seal & Swerdlow
544 First Inter State Bank Bldg.
9601 Wilshire Boulevard
Beverly Hills, California 90210

EDWARD L. GOMEZ
THE ALBUQUERQUE CORP.
BRAVO BROADCASTING CO., INC.
RIO BROADCASTING CO., INC.
Mark L. Austrian, Esquire
Collier, Shannon, Rill & Scott
1055 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

HERBERG M. LEVIN
Lyman G. Hughes, Esquire
Carrington, Coleman, Sloman
 & Blumenthal
2500 South Tower
Plaza of the Americas
Dallas, Texas 75201

KAPI, INC.
Chas. A. Haskell, Esq.
Haskell and Crandell
3003 E. 3rd Avenue, Suite 201
Denver, Colo.  80206

MARCELLO H. TAFOYA
LA FIESTA BROADCASTING CO., INC.
TAFOYA BROADCASTING CO., INC.
Evelyn R. Leopold, Esquire
Cantey, Hanger, Gooch
 Munn & Collins
2100 InterFirst Tower
Fort Worth, Texas 76102

*P. 3*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>596</u> -- _____

Motion filed 11/28/84

SPANISH INTERNATIONAL COMMUNICATIONS
<u>CORP., ET AL. (B-14</u>
Joseph M. Alioto, Esquire
Alioto & Alioto
111 Sutter Street
Suite 2100
San Francisco, California 94104

Daniel R. Shulman, Esquire
Gray, Plant, Mooty, Mooty & Bennett
300 Roanoke Building
Minneapolis, Minnesota 55402

R. Randall Wooley, II, Esquire
Neal & Wooley
2527 Fairmount
Dallas, Texas 75201

FOUCE AMUSEMENT ENTERPRISES, INC.
METROPOLITAN THEATRES CORP.
<u>FRANK L. FOUCE (defts. in B-14)</u>
Frederick H. Stern, esquire
16311 Ventura Boulevard
Suite 500
Encino, California 91436

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 596 --  In re Spanish International Communications Corporation
Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mauricio Mendez | A-1 |
| Julio Lieberman | A-2 |
| K-LOVE Radio Broadcasting Inc. | A-2 |
| Fernando Oaxaca | A-3 |
| Ed Hopple | A-4 |
| KMAP, Inc. | A-4 |
| John Sonder *dismissed* | A-5 |
| Rene DeLaRosa | A-6 |
| Oro Spanish Broadcasting Inc. | A-6 |
| Matthew L. Leibowitz | A-7 |
| Sidney Schneider *dismissed* | A-8 |

p.  2

| | | |
|---|---|---|
| Sonderling Radio Corp. | A-8 | |
| Mel Karmazin | A-9 | |
| Infinity Broadcasting Corp. | A-9 | |
| Sagitarrius Broadcasting Co. | A-9 | |
| c<br>HIT Radio, Inc. | A-9 | |
| David Jack | A-10 | |
| Tamarack Communications, Inc. | A-10 | |
| Spanish Radio Broadcasters of America, Inc. | A-11 | |
| Marcos Rodriguez | A-12 | |
| Latin American Broadcasting Co. | A-12 | |
| John Frankhouser | A-13 | |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __596__ -- In re Spanish International Communications Corporation
Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| El Paso County Broad-casting Co., Inc. | A-13 |
| Herbert M.Levin | A-11 |
| KAPI, Inc. | A-11 |
| Marcello H. Tafoya | A-11 |
| La Fiesta Broadcasting Co. | A-11 |
| Tafoya Broadcasting Co. | A-11 |
| Fouce Amusement Enterprises, Inc. | B-14 |
| Metropolitan Theatres Corp. | B-14 |
| Frank L. Fouce | B-14 |
| | |
| | |