DOCKET NO. 596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SPANISH INTERNATIONAL COMMUNICATIONS CORPORATION ANTITRUST LITIGATION

TRANSFER ORDER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 14 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

    This litigation presently consists of nine actions pending in eight districts as follows: two actions in the Northern District of Texas and one action each in the District of Arizona, the Central District of California, the Eastern District of California, the Northern District of California, the Southern District of Florida, the District of Oregon and the Western District of Texas. Before the Panel is a motion by the four plaintiffs in all actions to centralize, pursuant to 28 U.S.C. §1407, the actions in this litigation in the Northern District of Texas for coordinated or consolidated pretrial proceedings.[1/] Defendants in two actions oppose transfer; several defendants favor centralization in the Central District of California.

    On the basis of the papers filed and the hearing held, the Panel finds that transfer at this time of seven of the nine actions to the Northern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All the actions in this docket involve allegations that defendants conspired in violation of federal antitrust laws to eliminate plaintiffs as competitors for Spanish language radio and television advertising billings and market share, and to monopolize those product markets. Centralization of the seven actions listed on the attached Schedule A under Section 1407 is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. In the remaining two actions (Spanish International Communications Corp., et al. v. Matthew L. Leibowitz, S. D. Florida, C.A. No. 84-0677-CIV-SMA, and Spanish International Communications Corp., et al. v. David Jack, et al., D. Oregon, C.A. No. CV-84-288), a motion to dismiss for failure to state a claim and a motion for summary judgment, respectively, are presently pending. Our decisions regarding transfer of these two actions under Section 1407 are deferred until those pending motions have been resolved.

    We are persuaded that the Northern District of Texas is the appropriate transferee forum for this litigation. We note that 1) the alleged conspiracy arose in Texas and important witnesses and documents are located there, and 2) the first-filed and most advanced action is pending in the Northern District of Texas.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Texas be, and the same hereby are, transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable David O. Belew, Jr. for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1/] The motion for Section 1407 transfer in this docket included four actions, one each pending in the Eastern District of California, the Central District of California, the Northern District of Illinois and the Southern District of New York, that have subsequently been dismissed. Accordingly, consideration of transfer with respect to those actions is moot.

SCHEDULE A

<u>MDL-596 -- In re Spanish International Communications Corporation Antitrust Litigation</u>

### District of Arizona

Spanish International Communications Corp., et al. v. Mauricio Mendez, C.A. No. 84-424-PHX-CAM

### Central District of California

Spanish International Communications Corp., et al. v. Fernando Oaxaca, C.A. No. CV84-1748-RMT

### Eastern District of California

Spanish International Communications Corp., et al. v. Ed Hopple, et. al., C.A. No. CV-F-84-137-EDP

### Northern District of California

Spanish International Communications Corp., et al. v. Rene DeLaroas, et al., C.A. No. C84-1198-RPA

### Northern District of Texas

Spanish International Communications Corp., et al. v. Spanish Radio Broadcasters of America, Inc., et al., C.A. No. 3-83-1262D

Spanish International Communications Corp., et al. v. Marcos Rodriguez, et al., C.A. No. 4-84-84-K

### Western District of Texas

Spanish International Communications Corp., et al. v. John Frankhouser, et al., C.A. No. CA3-84-0618-H